UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SIMON, MONAHAN & SIMON, L.L.C.
216 Highway 18
East Brunswick, New Jersey   08816
(732) 745-9400
Attorneys for Debtor
Thomas M. Monahan, Esq.
TMM2526

In Re:

SHERYL A. RUBIN



Order Filed on November 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-31439

Judge: Hon. Kathryn C. Ferguson

Chapter: 13

# ORDER CONTINUING AUTOMATIC STAY BASED UPON DEBTOR'S GOOD FAITH FILING

The relief set forth on the following pages, numbered two (2)   is hereby **ORDERED**.

**DATED: November 30, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor: Sheryl A. Rubin

Case No.: 18-31439

Caption: **ORDER CONTINUING AUTOMATIC STAY BASED UPON DEBTOR'S GOOD FAITH FILING**

---

Upon the motion of Thomas M. Monahan, Esq., attorney for Debtor, Sheryl A. Rubin, and for good cause shown, it is

    ORDERED as follows:

1. That the automatic stay with respect to the property at 6022 Cedar Court, Monmouth Junction, New Jersey is hereby continued pending further order of this Court.

2. That a copy of this Order shall be served upon the Trustee and all parties who entered an appearance on this motion.