UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SIMON, MONAHAN & SIMON, L.L.C.
216 Highway 18
East Brunswick, New Jersey   08816
(732) 745-9400
Attorneys for Debtor
Thomas M. Monahan, Esq.
TMM2526

In Re:

SHERYL A. RUBIN

Order Filed on November 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-31439

Judge: Hon. Kathryn C. Ferguson

Chapter: 13

# ORDER CONTINUING AUTOMATIC STAY BASED UPON
# DEBTOR'S GOOD FAITH FILING

The relief set forth on the following pages, numbered two (2)   is hereby **ORDERED**.

**DATED: November 30, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor: Sheryl A. Rubin

Case No.: 18-31439

Caption: **ORDER CONTINUING AUTOMATIC STAY BASED UPON DEBTOR'S GOOD FAITH FILING**

_____

Upon the motion of Thomas M. Monahan, Esq., attorney for Debtor, Sheryl A. Rubin, and for good cause shown, it is

   ORDERED as follows:

1. That the automatic stay with respect to the property at 6022 Cedar Court, Monmouth Junction, New Jersey is hereby continued pending further order of this Court.

2. That a copy of this Order shall be served upon the Trustee and all parties who entered an appearance on this motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Sheryl A. Rubin  
    Debtor

Case No. 18-31439-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 07, 2018  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2018.  
db          Sheryl A. Rubin,    6022 Cedar Ct,    Monmouth Junction, NJ   08852-2135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2018 at the address(es) listed below:  
            Albert    Russo    docs@russotrustee.com  
            Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION    kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
            Thomas M. Monahan    on behalf of Debtor Sheryl A. Rubin simonmonahan216@gmail.com,    tommon1@aol.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                             TOTAL: 4