UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Order Filed on March 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sheryl A. Rubin

Case No.:     18-31439

Chapter:     13

Judge:     Ferguson

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 11, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____12/12/2018_____ :

Property:    6022 Cedar Ct. Monmouth Junction, NJ 08852

Creditor:    PNC Mortgage

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____6/15/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2