

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SIMON, MONAHAN & SIMON, L.L.C.
216 Highway 18
East Brunswick, New Jersey   08816
(732) 745-9400
Attorneys for Debtor
Thomas M. Monahan, Esq.
TMM2526

In Re:

SHERYL A. RUBIN

Order Filed on September 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-31439
Chapter   13
Judge:   Michael B. Kaplan

# ORDER APPROVING MORTGAGE LOAN MODIFICATION AGREEMENT

The relief set forth on the following pages, numbered two (2)   is hereby **ORDERED**.

**DATED: September 5, 2019**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor: Sheryl A. Rubin

Case No.: 18-31439

Caption: **ORDER APPROVING MORTGAGE LOAN MODIFICATION AGREEMENT**

_____

Upon the motion of Thomas M. Monahan, Esq., attorney for Debtor, Sheryl A. Rubin, and for good cause shown, it is

    ORDERED as follows:

1. That the proposed Mortgage Loan Modification Agreement submitted with Debtor's Motion with respect to the Secured Creditor PNC Bank, N.A. and the Debtor's property at 6022 Cedar Court, Monmouth Junction, New Jersey is hereby approved.

2. That a copy of this Order shall be served upon the Trustee and all parties who entered an appearance on this motion.