UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SIMON, MONAHAN & SIMON, L.L.C.
216 Highway 18
East Brunswick, New Jersey   08816
(732) 745-9400
Attorneys for Debtor
Thomas M. Monahan, Esq.
TMM2526

In Re:

SHERYL A. RUBIN

**Order Filed on September 5, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:  18-31439
Chapter    13
Judge:     Michael B. Kaplan

# ORDER APPROVING MORTGAGE LOAN MODIFICATION AGREEMENT

The relief set forth on the following pages, numbered two (2)   is hereby **ORDERED**.

**DATED: September 5, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor: Sheryl A. Rubin

Case No.: 18-31439

Caption: **ORDER APPROVING MORTGAGE LOAN MODIFICATION AGREEMENT**

___

Upon the motion of Thomas M. Monahan, Esq., attorney for Debtor, Sheryl A. Rubin, and for good cause shown, it is

   ORDERED as follows:

1. That the proposed Mortgage Loan Modification Agreement submitted with Debtor's Motion with respect to the Secured Creditor PNC Bank, N.A. and the Debtor's property at 6022 Cedar Court, Monmouth Junction, New Jersey is hereby approved.

2. That a copy of this Order shall be served upon the Trustee and all parties who entered an appearance on this motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Sheryl A. Rubin  
    Debtor

Case No. 18-31439-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Sep 05, 2019  
Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2019.  
db      Sheryl A. Rubin,    6022 Cedar Ct,    Monmouth Junction, NJ   08852-2135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2019 at the address(es) listed below:  
     Albert Russo    docs@russotrustee.com  
     Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Glenford Washington Warmington    on behalf of Creditor    Whispering Woods Condominium Association, Inc. attorneys@lawgapc.com  
     Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Thomas M. Monahan    on behalf of Debtor Sheryl A. Rubin simonmonahan216@gmail.com, tommon1@aol.com  
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
     TOTAL: 6