UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Glenford W. Warmington, Esq. (ID # 034842009)**
**Griffin Alexander, P.C.**
**415 Route 10, 2nd Floor**
**Randolph, NJ  07869**
**(973)366-1188 Fax:  973-366-4848**
**Attorney for Creditor, Whispering Woods**
**Condominium Association, Inc.**

Order Filed on April 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

**In re**

**SHERYL A. RUBIN**                          Case No.: 18-31439-MBK
                                             Chapter 13

    **Debtor(s)**
                                             **Honorable Michael B. Kaplan,**

_____

**ORDER RESOLVING MOTION FOR RELIEF FROM STAY**


**DATED: April 17, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Creditor, Whispering Woods Condominium Association, Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay, and for cause shown from the Certification submitted by Whispering Woods Condominium Association, Inc., it is hereby:

**ORDERED,** that Debtor shall pay within 14 days of the date of the hearing of Creditor's Motion for relief the sum of $2,155.00, representing:

| | |
|---|---|
| Maintenance Fees | $1,454.00 |
| Late Fees | $120.00 |
| Attorney Fees | $400.00 |
| Filing fees | $181.00 |

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.