**Glenford W. Warmington, Esq. (ID # 034842009)**
**Griffin Alexander, P.C.**
**415 Route 10, 2nd Floor**
**Randolph, NJ  07869**
**(973)366-1188 Fax:  973-366-4848**
**Attorney for Creditor, Whispering Woods**
**Condominium Association, Inc.**

_____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

Order Filed on April 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re

**SHERYL A. RUBIN**                     Case No.: 18-31439-MBK
                                        Chapter 13

            **Debtor(s)**
                                        Honorable Michael B. Kaplan,

_____

### ORDER RESOLVING MOTION FOR RELIEF FROM STAY

**DATED: April 17, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

Upon the motion of Creditor, Whispering Woods Condominium Association, Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay, and for cause shown from the Certification submitted by Whispering Woods Condominium Association, Inc., it is hereby:

**ORDERED,** that Debtor shall pay within 14 days of the date of the hearing of Creditor's Motion for relief the sum of $2,155.00, representing:

| | |
|---|---|
| Maintenance Fees | $1,454.00 |
| Late Fees | $120.00 |
| Attorney Fees | $400.00 |
| Filing fees | $181.00 |

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Sheryl A. Rubin  
    Debtor

Case No. 18-31439-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 17, 2020  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2020.  
db          Sheryl A. Rubin,    6022 Cedar Ct,    Monmouth Junction, NJ   08852-2135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2020                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2020 at the address(es) listed below:  
       Albert Russo    docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Glenford Washington Warmington    on behalf of Creditor    Whispering Woods Condominium Association, Inc. attorneys@lawgapc.com  
       Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Thomas M. Monahan    on behalf of Debtor Sheryl A. Rubin simonmonahan216@gmail.com, tommon1@aol.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                   TOTAL: 6