UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Glenford W. Warmington, Esq. (ID # 034842009)
Griffin Alexander, P.C.
415 Route 10, 2nd Floor
Randolph, NJ 07869
(973)366-1188 Fax: 973-366-4848
Attorney for Creditor, Whispering Woods
Condominium Association, Inc.

Order Filed on June 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

In re

SHERYL A. RUBIN

    Debtor(s)

Case No.: 18-31439-MBK
Chapter 13

Honorable Michael B. Kaplan,

---

**AMENDED ORDER RESOLVING MOTION FOR RELIEF FROM STAY**

DATED: June 8, 2020

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

Upon the motion of Creditor, Whispering Woods Condominium Association, Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay, and for cause shown from the Certification submitted by Whispering Woods Condominium Association, Inc., it is hereby:

1. **ORDERED,** that Debtor shall pay to Creditor's $1,432.00 to resolve Creditors Motion for Relief from the Automatic Stay as follows:

   $1,000.00    on or before    6/1/2020
   $432.00      on or before    7/1/2020

2. Debtors shall continue to make timely payments to the Association of post-petition assessments pursuant to the terms of the Association's governing documents.

3. If the Debtor's fail to make any payment to the Trustee of Association or to Creditor pursuant to this Consent Order of the Bankruptcy Plan within thirty (30) days of the date that the payment is due, then the Association may obtain an Order Vacating the Automatic Stay, by filing with the Court, a Certification of Default specifying the Debtor's failure to comply with this Order. At the time that the certification is filed with the Court, a copy of the certification shall also be sent to the Chapter 13 Standing Trustee and the Debtor's attorney.

4. If the present bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Association's opportunity to proceed without further Order of the Court.

The undersigned hereby consent to the form and entry of the foregoing Order.

| | |
|---|---|
| **Griffin Alexander, P.C.**<br>Attorneys for Creditor,<br>Whispering Woods Condominium<br>Association, Inc. | **Thomas M. Monahan, Esq.**<br>Attorneys for Debtor,<br>Sheryl A. Rubin |
| By:  /s/Glenford Warmington<br>        Glenford Warmington, Esq. | By: /s/ _____<br>        Thomas M. Monahan, Esq. |
| Date:  05.18.2020 | Date: _____ |