UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Glenford W. Warmington, Esq. (ID # 034842009)
Griffin Alexander, P.C.
415 Route 10, 2nd Floor
Randolph, NJ  07869
(973)366-1188 Fax:  973-366-4848
Attorney for Creditor, Whispering Woods
Condominium Association, Inc.

Order Filed on June 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re

SHERYL A. RUBIN

    Debtor(s)

Case No.: 18-31439-MBK
Chapter 13

Honorable Michael B. Kaplan,

## AMENDED ORDER RESOLVING MOTION FOR RELIEF FROM STAY

DATED: June 8, 2020

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

Upon the motion of Creditor, Whispering Woods Condominium Association, Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay, and for cause shown from the Certification submitted by Whispering Woods Condominium Association, Inc., it is hereby:

1. **ORDERED,** that Debtor shall pay to Creditor's $1,432.00 to resolve Creditors Motion for Relief from the Automatic Stay as follows:

   $1,000.00    on or before    6/1/2020
   $432.00      on or before    7/1/2020

2. Debtors shall continue to make timely payments to the Association of post-petition assessments pursuant to the terms of the Association's governing documents.

3. If the Debtor's fail to make any payment to the Trustee of Association or to Creditor pursuant to this Consent Order of the Bankruptcy Plan within thirty (30) days of the date that the payment is due, then the Association may obtain an Order Vacating the Automatic Stay, by filing with the Court, a Certification of Default specifying the Debtor's failure to comply with this Order.  At the time that the certification is filed with the Court, a copy of the certification shall also be sent to the Chapter 13 Standing Trustee and the Debtor's attorney.

4. If the present bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Association's opportunity to proceed without further Order of the Court.

The undersigned hereby consent to the form and entry of the foregoing Order.

2

| | |
|---|---|
| **Griffin Alexander, P.C.**<br>Attorneys for Creditor,<br>Whispering Woods Condominium<br>Association, Inc. | **Thomas M. Monahan, Esq.**<br>Attorneys for Debtor,<br>Sheryl A. Rubin |
| By:  /s/Glenford Warmington  <br>      Glenford Warmington, Esq. | By: /s/ _____<br>       Thomas M. Monahan, Esq. |
| Date:  05.18.2020 | Date: _____ |

3

United States Bankruptcy Court
District of New Jersey

In re:  
Sheryl A. Rubin  
    Debtor

Case No. 18-31439-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 08, 2020  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2020.  
db          Sheryl A. Rubin,    6022 Cedar Ct,    Monmouth Junction, NJ   08852-2135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2020                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2020 at the address(es) listed below:
           Albert    Russo     docs@russotrustee.com  
           Denise E. Carlon     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           Glenford Washington Warmington     on behalf of Creditor    Whispering Woods Condominium Association,  
            Inc. attorneys@lawgapc.com  
           Kevin Gordon McDonald     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
            kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Thomas M. Monahan     on behalf of Debtor Sheryl A. Rubin simonmonahan216@gmail.com,  
            tommon1@aol.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                   TOTAL: 6